**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN CORRO, et al., | No. C-11-00269-DMR |
| Plaintiffs, | **ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS PENDING CONSENT TO JURISDICTION OF MAGISTRATE JUDGE** |
| v. | |
| BANK OF AMERICA, et al., | |
| Defendants. | |
| _____/ | |

On January 26, 2011, Defendants filed a Motion to Dismiss Plaintiffs' Complaint ("Motion to Dismiss"), pursuant to Federal Rule of Civil Procedure 12. *See* Docket No. 6. Defendants noticed a hearing on the Motion to Dismiss for March 10, 2011 at 11:00 a.m.

Pursuant to 28 U.S.C. § 636, a signed consent to the jurisdiction of the Magistrate Judge must be filed by each party before consideration of any dispositive motion. All parties in the above-captioned case have not filed a signed consent to proceed before a Magistrate Judge. Accordingly, the hearing on Defendants' Motion to Dismiss set for March 10, 2011 is hereby VACATED. Upon the filing of signed consents by all parties to the action, the Court will issue an order resetting the hearing. If a declination is filed, the case will be immediately reassigned to an Article III District Judge.

IT IS SO ORDERED.

Dated: January 31, 2011

_____
DONNA M. RYU
United States Magistrate Judge