1  **LAW OFFICES OF DEBORAH J. PIMENTEL**
   Deborah J. Pimentel
2  100 Park Place, Suite 200
   San Ramon, CA 94583
3  Telephone:   925-837-6300
4  Facsimile:   888-449-2585

5  Attorneys for Plaintiffs
   IVAN CORRO and CRUZ CORRO
6

7  **BRYAN CAVE LLP**
8  Robert Padway, California Bar No. 48439
   Deborah A. Goldfarb, California Bar No. 241942
9  Nadia M. Bishop, California Bar No. 182995
   Two Embarcadero Center, Suite 1410
10 Telephone:   415-675-3400
   Facsimile:   415-675-3434
11 E-mail:      robert.padway@bryancave.com
12              deborah.goldfarb@bryancave.com
                bishopn@bryancave.com
13
   Attorneys for Defendants
14 BAC HOME LOANS SERVICING, LP (erroneously sued as BANK OF AMERICA), RECONTRUST COMPANY, N.A.
15 .

16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN CORRO and CRUZ CORRO, | Case No. 4:11-cv-00269 PJH |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER TO REMAND THIS ACTION TO NAPA COUNTY SUPERIOR COURT** |
| v. | |
| BANK OF AMERICA, RECONSTRUCT CO., DOES 1-10, Inclusive, | Complaint Filed: September 29, 2010 |
| Defendants. | Trial Date: Not set |

# **STIPULATION**

Plaintiffs IVAN CORRO and CRUZ CORRO ("Plaintiffs"), and Defendants BAC HOME LOANS SERVICING, LP (erroneously sued as BANK OF AMERICA), and RECONTRUST COMPANY, N.A. (collectively "Defendants"), by and through their attorneys, hereby stipulate that this action is remanded to the Superior Court for the County of Napa. The parties further agree that once remanded, this matter will be stayed for 90 days until June 8, 2011 so that the parties may pursue settlement negotiations. Plaintiffs agree that Defendants have until June 8, 2011 to re-file a response to Plaintiffs' Complaint in state court.

**IT IS SO STIPULATED.**

Dated: March 10, 2011        **BRYAN CAVE LLP**
                             Deborah A. Goldfarb
                             Nadia M. Bishop


                             By:   /s/ Nadia M. Bishop
                                   Nadia M. Bishop
                                   Attorney for Defendants
                             BAC HOME LOANS SERVICING, LP, and
                             RECONTRUST COMPANY, N.A.


Dated: March 10, 2011        Deborah J. Pimentel


                             By:   /s/ Deborah J. Pimentel
                                   Deborah J. Pimentel
                                   Attorney for Plaintiffs
                             IVAN CORRO and CRUZ CORRO

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111-3907

**[PROPOSED] ORDER**

Having reviewed the Joint Stipulation of Plaintiffs IVAN CORRO and CRUZ CORRO and Defendants BAC HOME LOANS SERVICING, LP (erroneously sued as BANK OF AMERICA), and RECONTRUST COMPANY, N.A., and good cause appearing, IT IS ORDERED THAT:

This Action is hereby remanded to the Superior Court for the County of Napa.

Dated: __3/11/11_____        _____



United States District Judge Phyllis J. Hamilton